No. 91–1465.   PATEL *v.* MILGRAM.   Super. Ct. Pa.   Certiorari denied.

No. 91–1466.   MIRABAL *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 91–1468.   GRABLE ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 91–1476.   REBER ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 91–1477.   NORTH *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 91–1488.   RUSS ET UX. *v.* INTERNATIONAL PAPER CO. C. A. 5th Cir.   Certiorari denied.

No. 91–1500.   SHRIVER *v.* GAF CORP.   C. A. 3d Cir.   Certiorari denied.

No. 91–1508.   MARKET/MEDIA RESEARCH, INC. *v.* CUYAHOGA COUNTY COURT OF COMMON PLEAS ET AL.   Sup. Ct. Ohio.   Certiorari denied.

No. 91–5025.   RIVERA-FELICIANO *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 91–6465.   HILLING *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 91–6524.   CAREY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 91–6560.   COX *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 91–6616.   SAMUELS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 91–6659.   KINDER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 91–6709.   SHEPHERD *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.